# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mikkelson Land, LLLP, | ) |
|       Plaintiff, | ) **ORDER CONTINUING FINAL** |
| | ) **PRETRIAL CONFERENCE AND** |
| vs. | ) **TRIAL** |
| Continental Resources, Inc., | ) |
| | ) Case No. 1:20-cv-036 |
|       Defendant. | ) |

The court held a scheduling conference in th above-captioned action by telephone July 13, 2021. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The final pretrial conference scheduled for December 1, 2021, shall be rescheduled for June 28, 2022, at 9:00 AM by telephone before the undersigned. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581.

2. The jury trial scheduled for December 13, 2021, shall be rescheduled for July 11, 2022, at 9:00 AM in Bismarck (courtroom #1) before Judge Traynor. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2021.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court